**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Veechous V Gabbidon<br><br>Debtor(s) | Case No. 12 B 20017 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/16/2012.

2) The plan was confirmed on 07/26/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/05/2013, 02/12/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/26/2014, 10/22/2015, 02/04/2016.

5) The case was Dismissed on 04/25/2016.

6) Number of months from filing to last payment: 47.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,194.07 |
| Less amount refunded to debtor | $127.99 |

**NET RECEIPTS:** $11,066.08

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $436.90 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,936.90

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Acute Care Specialists | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 475.00 | 946.78 | 946.78 | 60.07 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| Amex | Unsecured | 5,043.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 1,647.00 | NA | NA | 0.00 | 0.00 |
| Barry L Gordon & Assoc | Unsecured | 530.00 | 524.54 | 524.54 | 16.18 | 0.00 |
| CB USA | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 537.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 90.00 | 1,568.00 | 1,568.00 | 99.47 | 0.00 |
| City Of Chicago Hts RLE Program | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| City of Harvey | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Clear Check | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| Clerk Of The Circuit Court | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CMRE Financial Svcs | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | 100.00 | 433.99 | 433.99 | 27.53 | 0.00 |
| Creditors Collection Bur | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| DirecTV | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| Emergency Healthcare Physicians | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Educational Loan Services | Unsecured | 4,750.00 | 4,807.42 | 4,807.42 | 304.98 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 2,813.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Public Aid | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Title Loans | Unsecured | 578.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 6,572.00 | 6,572.20 | 6,572.20 | 416.94 | 0.00 |
| IMBS | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| Indiana Bell | Unsecured | 218.00 | 218.60 | 218.60 | 12.57 | 0.00 |
| Indiana Lake County Child Support Divisi | Secured | 6,515.00 | 6,395.87 | 6,395.87 | 4,768.18 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| J C Penney Co Inc | Unsecured | 748.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Kenyetta Peterson | Priority | 2,400.00 | NA | NA | 0.00 | 0.00 |
| Louis Weiss Memorial Hospital | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| Midwest Physician Group | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| Midwest Title Loans | Secured | 1,125.24 | 1,105.63 | 1,105.63 | 1,105.63 | 0.00 |
| Municipal Collections Of America | Unsecured | 204.00 | 2,400.00 | 2,400.00 | 152.26 | 0.00 |
| Nicor Gas | Unsecured | 415.00 | 1,660.49 | 1,660.49 | 105.35 | 0.00 |
| Patients 1st ER Med Consult PC | Unsecured | NA | 55.91 | 55.91 | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 607.00 | 791.91 | 791.91 | 45.54 | 0.00 |
| Pellettieri & Associates | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 251.00 | 251.80 | 251.80 | 14.48 | 0.00 |
| Quick Payday | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| Secretary Of State | Unsecured | 1,535.00 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory Physican | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Sports Illustrated | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| State Farm Insurance Co | Unsecured | 1,757.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| Target National Bank | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Tyshar Truevillian | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Village of Park Forest | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Village of Park Forest | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| William B Evans MD SC | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| WOW Internet & Cable | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,105.63 | $1,105.63 | $0.00 |
| All Other Secured | $6,395.87 | $4,768.18 | $0.00 |
| **TOTAL SECURED:** | **$7,501.50** | **$5,873.81** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,231.64** | **$1,255.37** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,936.90 |
| Disbursements to Creditors | $7,129.18 |
| **TOTAL DISBURSEMENTS** : | **$11,066.08** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/28/2017    By: /s/ Marilyn O. Marshall
                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**